Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Monterey Mountain Property Management, LLC,<br><br>Debtor. | Case No. 21-51127 MEH<br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT; CERTIFICATE OF SERVICE**<br><br>Date: February 3, 2022<br>Time: 10:00 a.m.<br>Place: **Hearing to be held via Tele / Video Conference<br><br>**Before: Hon. Judge M. Elaine Hammond** |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession, MONTEREY MOUNTAIN PROPERTY MANAGEMENT, LLC, by and through its counsel of record, the Farsad Law Office, P.C., and hereby submits the instant Status Conference Statement for the Status Conference set for the February 3, 2022 at 10:00 am in this Court.

<u>**CURRENT STATUS / UPDATES FOR THE COURT**</u>

1. On December 16, 2022, an Order Tentatively Approving Disclosure Statement was entered (Dkt No. 38) and this case was set for confirmation hearing on February 3, 2022.

Case: 21-51127   Doc# 50   Filed: 01/28/22   Entered: 01/28/22 19:37:21   Page 1 of 3

2. Debtor's counsel and counsel for the main secured creditor (U.S. Bank, N.A.) have been working on a potential stipulation to claim treatment since that Order was entered.

3. However, U.S. Bank, N.A., has since filed an objection to Plan confirmation and rejected the offer to settle (for a new mortgage loan / loan modification) based primarily on the fact that the Debtor is not the borrower on the original Note and DOT. Of note, the Debtor cannot confirm the Plan without U.S. Bank, N.A.'s support.

4. Accordingly, the Debtor (on January 28, 2022) has made a revised offer to the secured creditor in offering / proposing a Plan for a sale or refinance of the property within 12 months. The Debtor is also willing to pay full payments for a year in advance to U.S. Bank, N.A. as well as a decent amount towards the arrears owed to show good faith.

5. The "sad" part of this particular case is that the Debtor was able to secure a stipulation for a new loan at a great interest rate and for a valuation of only $860,000.00 but his prior counsel failed to sign off on that stipulation-even though he was instructed to do so.

6. Regardless, the Debtor now respectfully requests that the instant status conference be continued for 60 days (or as long as the Court deems fit) to see if a deal can be struck with U.S. Bank, N.A. based on the current offer on the table. If so, the Debtor will be putting up a revised Disclosure Statement accordingly for tentative approval.

7. Debtor is delinquent one operating report in this case (December 2021) and shall have that filed shortly and before the status conference hearing.

RESPECTFULLY SUBMITTED,

Dated: January 28, 2022　　　　　　　　　　　　FARSAD LAW OFFICE, PC.

By: /s/ Nancy Weng
NANCY WENG, ESQ.
Attorneys for Debtor

# CERTIFICATE OF SERVICE
*\*\*No Mail Service Required\*\**